No. 71–5148. TINCH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–251. BERTUCCELLI *v.* BELLAMY. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–258. BRIGGS, SUPERINTENDENT OF SCHOOLS, ET AL. *v.* CALLOWAY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–264. BOOTH *v.* LEMONT MANUFACTURING CORP. ET AL. C. A. 7th Cir. Motion of petitioner to dispense with printing appendix granted. Certiorari denied.

No. 71–276. ZELKER, CORRECTIONAL SUPERINTENDENT *v.* RANDAZZO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted.

No. 71–5132. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

NOVEMBER 1, 1971

No. 71–117. CHARLESTON *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.